## MATTER OF DE LOS SANTOS

### In Bond Cancellation Proceedings

### A-11577528-9

*Decided by District Director January 15, 1965*

Cancellation of the public charge bond posted in behalf of aliens upon their admission for permanent residence is warranted since, following their departure from the United States, they appeared before the American Consul, Santo Domingo, Dominican Republic, at which time they executed consular certificates of identification, surrendered their alien registration cards, executed sworn statements that they have abandoned their permanent residence in this country and plan to resume residence in the Dominican Republic, and a check of the appropriate public welfare files reveals no record of their having received assistance while in the United States.

This record relates to two aliens admitted to the United States as permanent residents on January 31, 1959, upon the posting, on January 19, 1959, of a bond that the aliens shall not become public charges.

A request for cancellation of the bond was received from Mr. Carlos De Los Santos, the obligor, who stated the bonded aliens were departing the United States to return to their native country, the Dominican Republic. The obligor was advised that since the permanent departure of the aliens had not been established it would be necessary for them to appear before the nearest American Consul abroad to execute a Consular Certificate of Identification, surrender their alien resident cards, Form I-151, and make a formal statement attesting to their desire to abandon their permanent resident status in the United States.

On November 23, 1964 notification was received that the bonded aliens had complied with the above. Their alien registration cards together with their sworn statements that they planned to resume residence in the Dominican Republic and had abandoned their permanent residence in the United States were forwarded to this office by the American Embassy, Santo Domingo, Dominican Republic.

As the bonded aliens had resided in New York City since their admission a request was made to The City of New York, Department of Welfare, to ascertain whether they had received public assistance. Information was received that a check of Public Welfare files revealed no record of assistance having been granted.

It is concluded that the conditions of the public charge bond posted in behalf of the above-referenced aliens have been fulfilled.

**ORDER:** It is ordered that the public charge bond posted on January 19, 1959 in behalf of Angela De Los Santos and Carlos De Los Santos be and the same is hereby cancelled.